IN THE <u>Circuit</u> COURT OF THE <u>1</u> JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

<u>LAIRD</u>                                              PLAINTIFF

VS.                                              NO. <u>15-410</u>

<u>Leggett et Al</u>                                      DEFENDANT

I, BARBARA DUNN, CIRCUIT CLERK, OF THE CIRCUIT COURT IN AND FOR THE SAID STATE AND COUNTY DO HEREBY CERTIFY THAT THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL THE PAPERS FILED IN THIS OFFICE IN THE ABOVE STYLED AND NUMBERED CAUSE, AS OF THIS DATE THE SAME IS OF RECORD IN THIS OFFICE IN DOCKET BOOK NO. _____ PAGE NO. _____ TO WIT:

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE <u>14</u> DAY OF <u>Sept</u>, <u>15</u>.

BARBARA DUNN, CIRCUIT CLERK
HINDS COUNTY, MISSISSIPPI

BY _____ D.C.

EXHIBIT A

CCKCTF1

# Mississippi Electronic Courts
## Hinds County Circuit Court (Hinds Circuit Court - Jackson)
### CIVIL DOCKET FOR CASE #: 25CI1:15-cv-00410-JAW
#### Internal Use Only

Edit Case Data
Edit Case Participants

LAIRD v. LEGGETT et al
Assigned to: Jeff Weill, Sr

Date Filed: 08/10/2015
Jury Demand: None
Nature of Suit: 181 Negligence - General
Jurisdiction: General

**Plaintiff**

JOHN LAIRD        represented by **Kenneth Trey O'Cain**
Kenneth T. O'Cain, Attorney at Law
567 Highway 51
Suite C
RIDGELAND , MS 39157
601-832-0990
Email: trey@ocainlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

JASON LEGGETT
*INDIVIDUALLY ANS AS AN OFFICER OF THE MISSISSIPPI HIGHWAY PATROL*

**Defendant**

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

**Defendant**

CHRIS KING
*INDIVIDUALLY AND IN HIS CAPACITY AS LINCOLN COUNTY JUSTICE COURT JUDGE*

**Defendant**

JOSEPH DURR
*INDIVIDUALLY AND AS A PROSECUTING ATTORNEY FOR LINCOLN COUNTY MISSISSIPPI*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2015 | 2 | COMPLAINT against JOSEPH DURR, CHRIS KING, JASON LEGGETT, MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY, filed by JOHN LAIRD. (Attachments: # 1 Civil Cover Sheet) (MG) (Entered: 08/13/2015) |
| 08/10/2015 | 3 | SUMMONS Issued to CHRIS KING. (MG) (Main Document 3 replaced on 8/13/2015) (MG). (Entered: 08/13/2015) |
| 08/10/2015 | 4 | SUMMONS Issued to JASON LEGGETT. (MG) (Entered: 08/13/2015) |
| 08/12/2015 | 1 | (Court only) Filing fee: $ 161, Receipt Number: 21622, Method of Payment: Check, Fee Status: Paid, Paid By: OCAIN, Remarks: 1157,. (MG) (Entered: 08/12/2015) |
| 08/12/2015 | 5 | SUMMONS Issued to JOSEPH DURR. (MG) (Entered: 08/13/2015) |
| 08/12/2015 | 6 | SUMMONS Issued to MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY. (MG) (Entered: 08/13/2015) |
| 09/01/2015 | 7 | SUMMONS Returned Executed by JOHN LAIRD. MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY served on 8/19/2015, answer due 9/18/2015. Service type: Personal (O'Cain, Kenneth) (Entered: 09/01/2015) |

**Select Event**

ADR Documents
Answers to Complaints

[Go to Event]

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**JOHN LAIRD**  **PLAINTIFF**

VS.  CIVIL ACTION, FILE NO: 15-410

**JASON LEGGETT, INDIVIDUALLY AND
AS AN OFFICER OF THE MISSISSIPPI
HIGHWAY PATROL; MISSISSIPPI DEPARTMENT
OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY
AND IN HIS CAPACITY AS LINCOLN COUNTY
JUSTICE COURT JUDGE; AND JOSEPH DURR,
INDIVIDUALLY AND AS A PROSECUTING ATTORNEY
FOR LINCOLN COUNTY, MISSISSIPPI**  **DEFENDANTS**

## COMPLAINT

### Jury Trial Demanded

**COMES NOW**, Plaintiff, **JOHN LAIRD**, by and through his counsel of record, and files this, his *Complaint* against the Defendants, **JASON LEGGETT, INDIVIDUALLY AND AS AN OFFICER OF THE MISSISSIPPI HIGHWAY PATROL; MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY AND IN HIS CAPACITY AS LINOLN COUNTY JUSTICE COURT JUDGE; AND JOSEPH DURR, INDIVIDUALLY AND AS A PROSECUTING ATTORNEY FOR LINCOLN COUNTY, MISSISSIPPI**, and in support thereof would show unto the Court the following to-wit:

### Parties

1. Plaintiff, **JOHN LAIRD**, is an adult resident citizen of the State of Mississippi.
2. **JASON LEGGETT** is an adult resident citizen of the State of Mississippi and is

also an officer with the Mississippi Highway Patrol, a division of the Mississippi Department of Public Safety. He may be served with process at his residence or at the Mississippi Highway Patrol, Troop M, 160 Highway 84E, Brookhaven, Mississippi 39601.

3. **THE MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY** is a governmental entity for purposes of Mississippi Code Annotated section 11-46-1 and is affixed and operates under the statutory authority in the First Judicial District of Hinds County, Mississippi. It may be served with process of this court through the Attorney General of the State of Mississippi and/or through the Commissioner, Albert Santa Cruz, at 1900 E. Woodrow Wilson Avenue, Jackson, Mississippi 39216.

4. **CHRIS KING** is an adult resident citizen of the State of Mississippi and was a Lincoln County Justice Court Judge at the time of the prosecution of Plaintiff as described herein. He may be served with process of this Court at his residence or at 308 S. Second Street, Brookhaven, Mississippi 39601.

5. **JOSEPH DURR** is an adult resident citizen of the State of Mississippi and was Lincoln County prosecuting attorney at the time of the events described herein. He may be served with processof this Court at his residence or at 136 E. Chippewa Street, Brookhaven, Mississippi 39602.

6. Notice upon the Defendants has been properly obtained under Federal mandates and under statutory mandates of Mississippi Code Ann. Section 11-46-11.

### Jurisdiction

7. Jurisdiction and venue are proper in the Circuit Court of Hinds County, Mississippi, First Judicial District.

## Statement of Facts

8. On or about February 9, 2012, Plaintiff was operating a vehicle that was tagged in the State of Louisiana, and he was on his return trip to Louisiana from an auto auction in Hattiesburg, Mississippi. At all times, he was in compliance with all applicable laws. Nevertheless, he was directed to stop by Officer Jason Leggett in Lincoln County, Mississippi for no cause whatsoever. After pulling off to the shoulder of the road, Officer Leggett directed Mr. Laird to wait, and he was ordered to remain stationary for an unspecified period of time. Due to medical conditions and a recent surgical procedure, Mr. Laird was in dire need to relieve himself, which he did in private, out of sight of anyone. Officer Leggett, after seeing Mr. Laird returning to his vehicle, reverted to profanity and demanded that he get is ass in the truck and refused to allow him to move about freely. During this encounter, he had his finger aggressively in Mr. Laird's face. He was further instructed not to move unless Leggett gave him permission to do so. Mr. Laird felt constrained as if he were being detained.

9. Following this encounter, Officer Leggett eventually confronted Mr. Laird with respect to the traffic stop. It was at this time that Leggett and Mr. Laird discussed the absence of any inspection sticker with respect to the vehicle. It was obvious that Leggett either did not have proper training in the laws for which he is charged with upholding (and relying upon in the issuance of citations) or he decided to completely disregard the applicable laws in this instance. Mr. Laird explained that he was in the business of selling cars in Louisiana, was in transit with the motor vehicle as a dealer to the State of Louisiana, and was not under legal obligations to give a certificate of inspection and approval with respect to the vehicle in question. This is confirmed by LSA-R.S. 32:1304. Leggett disregarded these statements entirely, and he issued

citations to Mr. Laird for violating Mississippi law by not having inspection documentation for the vehicle and for a swapped tag. The Mississippi Department of Public Safety was negligent in training Officer Leggett or failed to properly train him. Defendants' actions were done with ill-intent and without any justification in law or fact and constitutes negligence, recklessness, gross negligence and intentional wrong-doing. This also constitutes violations of Mr. Laird's constitutionally protected rights under the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the United States Constitution and are pursuant to 42 U.S.C. § 1983.

10. Thereafter, Mr. Laird appeared before the Lincoln County Justice Court on or about June 6, 2012. Justice Court Judge Chris King was presiding, and Joseph Durr, Esq. represented the State of Mississippi as prosecutor. At the time of the "trial", Chris King, as opposed to the prosecutor, asked questions of Officer Leggett. Leggett advised King that he issued a citation for a swapped tag and no inspection sticker. He added that he has family in the used car business, and "in my opinion, he didn't look like he was in the used car business." The prosecutor never asked a single question during the proceeding nor did he make any inquiries or statements in support of or against the subject matter of the proceeding. Chris King, after hearing from Leggett, abruptly and incorrectly stated that "you are in the State of Mississippi and you have to have an inspection sticker, and you're guilty of a swapped tag." He then asked Mr. Laird if he had the money for the fine, which had to be paid that day, to which Mr. Laird advised he fully intended to appeal. Chris King admonished him and directed that despite his intent to appeal, the fine still had to be paid. Nevertheless, the fine was not paid and an appeal was taken.

11. Mr. Laird utilized the services of numerous attorneys in order to protect and

pursue his rights. The first attorney filed a motion for reconsideration on June 15, 2012. Chris King had the opportunity at that time to correct the injustice that befell Mr. Laird in his court. King summarily and without justification denied the relief sought in his Order dated June 21, 2012. Mr. Laird then sought the services of yet another attorney, which cost him additional attorney fees. Through the process, Mr. Laird utilized the services of three attorneys, and he was fully exonerated of any and all wrong-doing by order of the Lincoln County Circuit Court on September 24, 2014, more than two years since the first "trial" on these citations.

## Causes of Action

### I. Negligence

12. Defendant Leggett was negligent in failing to properly assess the situation prior to and at the time of the illegal stop, in giving Plaintiff various citations when there was no reasonable basis to warrant such action, in conducting a traffic stop when there was no arguable basis to do so, in detaining Plaintiff at the time of the stop when there was no arguable basis to do so, and in failing to provide true and accurate details and facts of the subject stop, detention and actions of giving citations to Plaintiff during trial of this matter, among other actions and inaction to be demonstrated at trial.

13. Defendant Mississippi Department of Public Safety was negligent in hiring Jason Leggett, and in failing to properly train Leggett in proper procedures and protocol related to traffic stops and citations similar to the subject incident. This Defendant also had an opportunity, prior to trial and the escalation of this matter in the legal channels, to remedy and correct the blatant mistake and wrongful conduct and was negligent in failing to do so. Therefore, this Defendant had personal involvement in the wrongful acts committed.

14.     Defendant Chris King was negligent in failing to properly and accurately conduct a trial on the merits of this action. He unilaterally took unauthorized and inadmissible evidence and failed to conduct a trial in accordance with the laws and procedures of the State of Mississippi. This Defendant took actions in an attempt to deprive Plaintiff of his right to appeal the decision, which was rendered without any research, knowledge or consultation with Mississippi law. These actions and/or inactions caused Plaintiff injury and damage.

15.     Defendant Joseph Durr was negligent in not participating in the underlying trial in any manner whatsoever, although it was his sworn duty and obligation to do so. He did not call any witnesses and did not ask any questions. He was negligent in not presenting a case at all before the Court and thus allowing the Court to conduct its own criminal trial and inquiry, and he was further negligent in not presenting the applicable law to the Court for consideration. He failed to exercise his prosecutorial discretion and abused his power by not dismissing the baseless charges against Plaintiff prior to the underlying trial or at any stage of the appeal before it was finally resolved in favor of Plaintiff.

## II. Negligent and Malicious Prosecution

16.     The Defendants' wrongful actions and/or inactions, individually and collectively, as described herein constitute negligent and/or malicious prosecution. Plaintiff was prosecuted when there existed no basis or merit to the claims asserted against him. The Plaintiff sustained damages as a result thereof. Defendants' actions constitute negligence, recklessness, gross negligence and intentional wrong-doing.

## III. 42 U.S.C. § 1983

17.     Plaintiff's constitutional rights have been violated by Defendants as described

herein. The violation of Plaintiff's constitutional rights may be remedied pursuant to 42 U.S.C. § 1983.

19. As a result of Defendants' wrongful actions and conduct, while acting under color of State law, Plaintiff's constitutionally protected rights under the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the United States Constitution have been violated, and Plaintiff has sustained injury.

### Damages

19. As a direct and proximate result of the actions of Defendants, the Plaintiff sustained mental and emotional harm, damage to his reputation, attorney fees, loss of income and emotional distress. Moreover, Plaintiff petitions this Court to award punitive damages due to the intentional, willful and grossly negligent and wanton acts of Defendants. Plaintiff further prays for any and all damages allowed under Federal law, State law, including 42 U.S.C. § 1983.

**WHEREFORE PREMISES CONSIDERED**, the Plaintiff, **JOHN LAIRD**, demands judgment against Defendant to which he is entitled to in an amount to proven at trial, together with court costs, attorneys fees, prejudgment and post judgment interest, and other relief which may be proven at the trial of this matter. The amount to be recovered and is hereby pleaded is no less than the statutory minimum requirement for this Honorable Court.

Respectfully submitted, this the _10_ day of August, 2015.

JOHN LAIRD, PLAINTIFF

BY: _____
KENNETH T. O'CAIN, ESQ.
Of Counsel for the Plaintiff

**OF COUNSEL:**

Kenneth T. O'Cain (MSB #101224)
567 Highway 51
Suite C
Ridgeland, Mississippi 39157
Telephone:(601) 832-0990
Email: trey@ocainlaw.com

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

**Court Identification Docket #**
County # 25  Judicial 1  Court ID CI
**Case Year:** 2015
**Docket Number:** 00410

Month 08 Date 10 Year 15

*This area to be completed by clerk*
*Case Number if filed prior to 1/1/94*

In the **CIRCUIT** Court of **HINDS** County — **FIRST** Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **Laird**, **John**
Last Name / First Name / Maiden Name / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff:** P.O. Box 707, Meadville, MS 39653

**Attorney (Name & Address):** Kenneth T. O'Cain, 567 Hwy 51, Ste. C, Ridgeland, MS 39157
**MS Bar No.** 101124

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: /s/ K.T.O'C

**FILED AUG 10 2015**
**BARBARA DUNN, CIRCUIT CLERK**

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: **Leggett**, **Jason**
Last Name / First Name / Maiden Name / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

[X] Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency **Mississippi Department of Public Safety (MS HWY Patrol) and individually**

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____  MS Bar No. _____

**Damages Sought:** Compensatory $ _____  Punitive $ _____
___ Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet*

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce: Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Termination of Parental Rights
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other _____

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Worker's Compensation
[ ] Other _____

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other _____

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Other _____

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion Minor
[ ] Removal of Minority
[ ] Other _____

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[X] Other **42 U.S.C Sec 1983**

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other _____

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other _____

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other _____

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[X] Negligence - General
[ ] Negligence - Motor Vehicle
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death
[ ] Other _____

Case: 25CI1:15-cv-00410-JAW    Document #: 2-1    Filed: 08/10/2015    Page 2 of 2

IN THE <u>CIRCUIT</u> COURT OF <u>HINDS</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____
     File Yr    Chronological No.   Clerk's Local ID

Docket No. If Filed Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) ____ ____
    Last Name       First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business <u>Mississippi Department of Public Safety</u>
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: <u>King</u>    <u>Chris</u>    ( _____ ) ____ ____
    Last Name       First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A <u>Individually and in his capacity as Lincoln County Justice Court Judge</u>

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: <u>Durr</u>    <u>Joseph</u>    ( _____ ) ____ ____
    Last Name       First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A <u>individual and in his capacity as Lincoln County prosecuting attorney</u>

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**JOHN LAIRD**  PLAINTIFF

VS.  CIVIL ACTION, FILE NO: 15-410

**JASON LEGGETT, INDIVIDUALLY AND
AS AN OFFICER OF THE MISSISSIPPI
HIGHWAY PATROL; MISSISSIPPI DEPARTMENT
OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY
AND IN HIS CAPACITY AS LINCOLN COUNTY
JUSTICE COURT JUDGE; AND JOSEPH DURR,
INDIVIDUALLY AND AS A PROSECUTING ATTORNEY
FOR LINCOLN COUNTY, MISSISSIPPI**  DEFENDANTS

**SUMMONS**
(By Process Server)

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO: Chris King
308 S. Second Street
Brookhaven, Mississippi 39601

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kenneth T. O'Cain, the attorney for the Plaintiff, whose post office address is 567 Highway 51, Suite C, Ridgeland, Mississippi 39157. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this _12_ day of _____, 2015.

BARBARA DUNN, CIRCUIT CLERK
P. O. Box 327
(S E A L)   Jackson, Mississippi 39205

By: _____
Deputy Clerk

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**JOHN LAIRD**  **PLAINTIFF**

**VS.**  CIVIL ACTION, FILE NO: 15-410

**JASON LEGGETT, INDIVIDUALLY AND**
**AS AN OFFICER OF THE MISSISSIPPI**
**HIGHWAY PATROL; MISSISSIPPI DEPARTMENT**
**OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY**
**AND IN HIS CAPACITY AS LINCOLN COUNTY**
**JUSTICE COURT JUDGE; AND JOSEPH DURR,**
**INDIVIDUALLY AND AS A PROSECUTING ATTORNEY**
**FOR LINCOLN COUNTY, MISSISSIPPI**  **DEFENDANTS**

**SUMMONS**
(By Process Server)

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:  Jason Leggett
     160 Highway 84E
     Brookhaven, Mississippi 39601

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kenneth T. O'Cain, the attorney for the Plaintiff, whose post office address is 567 Highway 51, Suite C, Ridgeland, Mississippi 39157. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this ___ day of _____, 2015.

(SEAL)

BARBARA DUNN, CIRCUIT CLERK
HINDS COUNTY, MISSISSIPPI
P. O. Box 327
Jackson, Mississippi 39205

By: _____
Deputy Clerk

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**JOHN LAIRD**                                            **PLAINTIFF**

**VS.**                                     CIVIL ACTION, FILE NO: 15-410

**JASON LEGGETT, INDIVIDUALLY AND
AS AN OFFICER OF THE MISSISSIPPI
HIGHWAY PATROL; MISSISSIPPI DEPARTMENT
OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY
AND IN HIS CAPACITY AS LINCOLN COUNTY
JUSTICE COURT JUDGE; AND JOSEPH DURR,
INDIVIDUALLY AND AS A PROSECUTING ATTORNEY
FOR LINCOLN COUNTY, MISSISSIPPI**                       **DEFENDANTS**

**SUMMONS**
(By Process Server)

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:    **Joseph Durr**
       **136 E. Chippewa Street**
       **Brookhaven, Mississippi 39602**

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kenneth T. O'Cain, the attorney for the Plaintiff, whose post office address is 567 Highway 51, Suite C, Ridgeland, Mississippi 39157. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 12 day of Aug, 2015.

                              BARBARA DUNN, CIRCUIT CLERK
                              P. O. Box 327
(S E A L)                     Jackson, Mississippi 39205

                              By: _____
                              Deputy Clerk

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**JOHN LAIRD**                                                                  **PLAINTIFF**

VS.                                       CIVIL ACTION, FILE NO: 15-410

**JASON LEGGETT, INDIVIDUALLY AND
AS AN OFFICER OF THE MISSISSIPPI
HIGHWAY PATROL; MISSISSIPPI DEPARTMENT
OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY
AND IN HIS CAPACITY AS LINCOLN COUNTY
JUSTICE COURT JUDGE; AND JOSEPH DURR,
INDIVIDUALLY AND AS A PROSECUTING ATTORNEY
FOR LINCOLN COUNTY, MISSISSIPPI**                                **DEFENDANTS**

**SUMMONS**
(By Process Server)

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:   **Mississippi Department of Public Safety**
      **c/o Mississippi Attorney General Jim Hood**
      **Walter Sillers Bldg, Ste. 1200**
      **550 High Street**
      **Jackson, MS 39205-0220**

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kenneth T. O'Cain, the attorney for the Plaintiff, whose post office address is 567 Highway 51, Suite C, Ridgeland, Mississippi 39157. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 12 day of Aug, 2015.

BARBARA DUNN, CIRCUIT CLERK
P. O. Box 327
Jackson, Mississippi 39205

(SEAL)

By: _____
    Deputy Clerk

Case 3:15-cv-00673-HTW-LRA   Document 2   Filed 09/16/15   Page 18 of 19

Case: 25CI1:15-cv-00410-JAW   Document #: 7   Filed: 09/01/2015   Page 1 of 2
Case: 25CI1:15-cv-00410-JAW   Document #: 6   Filed: 08/12/2015   Page 1 of 1

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

JOHN LAIRD                                          PLAINTIFF

VS.                                    CIVIL ACTION, FILE NO: 15-410

JASON LEGGETT, INDIVIDUALLY AND
AS AN OFFICER OF THE MISSISSIPPI
HIGHWAY PATROL; MISSISSIPPI DEPARTMENT
OF PUBLIC SAFETY; CHRIS KING, INDIVIDUALLY
AND IN HIS CAPACITY AS LINCOLN COUNTY
JUSTICE COURT JUDGE; AND JOSEPH DURR,
INDIVIDUALLY AND AS A PROSECUTING ATTORNEY
FOR LINCOLN COUNTY, MISSISSIPPI                          DEFENDANTS

### SUMMONS
(By Process Server)

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO:    Mississippi Department of Public Safety
       c/o Mississippi Attorney General Jim Hood
       Walter Sillers Bldg, Ste. 1200
       550 High Street
       Jackson, MS 39205-0220

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kenneth T. O'Cain, the attorney for the Plaintiff, whose post office address is 567 Highway 51, Suite C, Ridgeland, Mississippi 39157. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 12 day of Aug , 2015.

BARBARA DUNN, CIRCUIT CLERK
P. O. Box 327
Jackson, Mississippi 39205

(SEAL)

By: _____
      Deputy Clerk

**PROOF OF SERVICE - SUMMONS**
(Process Server)

Name of person or entity served: MS Department of Public Safety

I, the undersigned process server, served the Rule 81 summons and petition upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

( ) **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

(X) **PERSONAL SERVICE.** I personally delivered copies to MS Attorney General's — Marilyn Robinson, office — on the _19_ day of _August_, 2015, where I found said person in _Hinds_ County of the State of _MS_.

( ) **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County of the State of _____. I served the summons and complaint on the _____ day of _____, 2015, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2015, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served.)

At the time of service I was at least 18 years of age and not a party to this action.

Process server must list below: (Please print or type)

Name Troy O'Cain
Address _____
Telephone No. 601-832-0990

STATE OF _MS_
COUNTY OF _MADISON_

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Troy O'Cain_ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me, this the _31st_ day of _August_, 2015.

_Jan Whitbrook by Lindsay Johns_
Notary Public

My Commission Expires:

MY COMMISSION EXPIRES JAN. 4, 2016